UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John Doe [redacted]
c/o Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

Jane Doe [redacted]
c/o Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

ROY W. KRIEGER,
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

MARK S. ZAID,
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY
Washington, D.C. 20505

Defendant.

* * * * * * * * * * * * *

CASE NUMBER   1:05CV02483

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/19/2005

**MOTION FOR LEAVE TO FILE COMPLAINT WITH LAST NAMES
OMITTED AND USE COUNSEL'S ADDRESS IN VIOLATION OF LCVR 5.1(e)**

NOW COMES the plaintiffs John Doe and Jane Doe, by and through their undersigned

counsel, to hereby respectfully seek leave of this Court to file their Complaint against the defendant Central Intelligence Agency as *John Doe* and *Jane Doe* without using their full names or true address. Instead, they request to use their counsel's address in violation of LCvR 5.1(e). As grounds therefor, the plaintiffs submit the attached declaration of their counsel, Mark S. Zaid, Esq., to support their request. A proposed Order also accompanies this Motion.

Dated: November 11, 2005

Respectfully submitted,

Mark S. Zaid, Esq.
D.C. Bar #440532
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John Doe

c/o Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

Jane Doe

c/o Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

ROY W. KRIEGER
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

MARK S. ZAID
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY
Washington, D.C. 20505

Defendant.

Civil Action No: 05 - _____

### DECLARATION OF MARK S. ZAID, ESQ.

05 2483

**FILED**

DEC 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the plaintiffs' Motion to Leave to File Complaint as ~~John Doe~~ and ~~Jane Doe~~ and Use Counsel's Address in Violation of LCvR 5.1 (e).

2. I am an attorney for the plaintiffs in this matter and I am a partner in the Washington, D.C. law firm of Krieger & Zaid, PLLC. I am admitted to practice law in the States of New York, Connecticut and the District of Columbia, as well as the D.C. Circuit, Second Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New York, Northern District of New York and the Southern District of New York. I have been litigating cases involving the federal government, particularly with respect to access to information, for nearly a decade; essentially my entire professional legal career. I routinely prosecute lawsuits asserting challenges under the Freedom of Information Act, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, and actively represent individuals associated with or within the intelligence, law enforcement or military communities. Since 1998, I have also served as the Executive Director of The James Madison Project (*www.jamesmadisonproject.org*), which seeks to educate the public on secrecy and national security issues. Through The James Madison Project, I co-edited the book "Litigation Under the Federal Open Government Laws 2002".

3. I presently have what the CIA calls limited security approval to SECRET level information at the CIA. Essentially, this is equivalent to an interim SECRET level clearance. I hold the same status with the Defense Intelligence Agency. As part of this lawsuit, I have been cleared by the CIA to represent the plaintiffs and I know their true identities.

4. The CIA has informed me that the plaintiffs' true identity cannot be revealed. The CIA claims the relationship that these individuals formerly maintained with the CIA

2

remains classified. Thus, the plaintiffs cannot use their true last names or actual addresses.

5. Given the CIA's position, disclosure of the true identity of the plaintiffs is prohibited by law. See 50 U.S.C. § 403 et seq. To release the true identity and addresses of the plaintiffs may also jeopardize the plaintiffs' physical well-being given the work that they performed and their ability to secure future employment in highly sensitive positions, as well as possibly cause harm to the national security interests of the United States. For example, disclosure of their names may subject the plaintiffs to uninvited contacts from the public and foreign intelligence services concerning their positions and the defendant CIA. Thus, the plaintiff should be permitted to use the designations of *John Doe* ▓▓▓ and *Jane Doe* ▓▓▓ in this litigation.

6. For the Court's information, the Court has accepted this procedure in many cases that I have handled.

7. The plaintiffs, and their counsel, are more than willing to reveal their true identities to the Court upon request.

8. For substantially the same reasons as outlined above, the undersigned's address should be substituted for the plaintiff's home addresses, as otherwise required by LCvR 5.1 (e).

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date:   November 11, 2005

*[signature]*

Mark S. Zaid, Esq.
Attorney for Plaintiffs

3