NOV. 16. 2005  9:33AM       A                                                                 NO.242   P.7

FILED
DEC 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

John Doe
▮▮▮▮▮▮
c/o Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

Jane Doe
▮▮▮▮▮▮
c/o Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

ROY W. KRIEGER
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

and

MARK S. ZAID
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036

    Plaintiffs,

v.

CENTRAL INTELLIGENCE AGENCY
Washington, D.C. 20505

    Defendant.

Civil Action No: ▮ - _____

05 2483

Leave to file is GRANTED.

_____
EMMET G. SULLIVAN
Judge, U.S. District Court

DATE: 12/19/05

**ORDER**

Upon consideration of plaintiffs' Motion for Leave to File Complaint as John Doe
and Jane Doe and Using Counsel's Address in Violation of LCvR 5.1(e) and the

2

Declaration of Mark S. Zaid, Esq., it appearing that the relief prayed is just and appropriate, it is this 14th day of December 2005,

ORDERED, that plaintiffs' Complaint is hereby accepted and deemed filed; and plaintiffs may proceed as *John Doe* and *Jane Doe* and use their counsel's address instead of their own, in all proceedings connected to this action until such time as this Court Orders, or the parties stipulate, otherwise; and

FURTHER ORDERED, that the defendant may not reveal the true identity or address of the plaintiffs unless permitted by the Court or the parties so agree.

_____
UNITED STATES DISTRICT JUDGE
(nunc pro tunc)