UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOE, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-CV-02483 (RMC) |
| CENTRAL INTELLIGENCE AGENCY | ) ) ) ) | |
| Defendants. | ) ) | |

**APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that MARCIA N. TIERSKY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for Defendant Central Intelligence Agency. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia

VINCENT GARVEY
Deputy Branch Director


           /s/
─────────────────────────────────
MARCIA N. TIERSKY, Ill. Bar 6270736
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W. Room 7206
Washington, D.C. 20530
(202) 514-1359
Fax (202) 318-0486
marcia.tiersky@usdoj.gov

CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:  3/16/06                             /s/  Marcia N. Tiersky
                                                  Marcia N. Tiersky