UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-02483 (RMC) |
| | ) | |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Central Intelligence Agency hereby moves

for an enlargement of time until April 27, 2006, in which to file a response to Plaintiffs'

Complaint. This request is made in good faith and with good cause, as set forth below:

1.      Plaintiffs filed their Complaint on December 19, 2005. The Complaint was served on the

government on January 25, 2006, and, therefore, the current due date for the response is March

27, 2006.

2.      Undersigned counsel is currently engaged in briefing and discovery in a number of other

cases and, therefore, requests additional time to prepare and file Defendant's response to the

Complaint beyond March 27, 2006.

3.      Pursuant to Local Rule 7(m), undersigned counsel has consulted with Plaintiffs' counsel,

and Plaintiffs have consented to the request for an enlargement of time.

Accordingly, Defendant respectfully requests that its motion for an enlargement of time

until April 27, 2006, be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia

VINCENT GARVEY
Deputy Branch Director


_____/s/_____
MARCIA N. TIERSKY, Ill. Bar 6270736
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W. Room 7206
Washington, D.C. 20530
(202) 514-1359
Fax (202) 318-0486
marcia.tiersky@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
DOE, et al.,                                        )
                                                    )
                              Plaintiffs,           )
                                                    )
              v.                                    )        Civil Action No. 1:05-CV-02483 (RMC)
                                                    )
                                                    )
CENTRAL INTELLIGENCE AGENCY        )
                                                    )
Defendant.                                          )
_____)


[PROPOSED] ORDER

    Upon consideration of DEFENDANTS UNOPPOSED MOTION FOR

ENLARGEMENT OF TIME, and for cause shown, it is hereby ORDERED that Defendant's

time to respond to the Complaint is hereby enlarged to and including April 27, 2006.



Dated:                                              _____
                                                    ROSEMARY M. COLLYER
                                                    UNITED STATES DISTRICT JUDGE