UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN DOE, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-2483 (RMC) |
| v. | ) ) | |
| CENTRAL INTELLIGENCE AGENCY | ) ) | |
| Defendant. | ) ) | |

## CONSENTED-TO MOTION TO SEAL COMPLAINT

Plaintiffs' undersigned counsel was contacted by the defendant's counsel and informed that the Government just recently realized that the plaintiffs had inadvertently left certain information in the Complaint that should have been omitted before public filing last year. Therefore, the plaintiffs respectfully request that the Complaint be immediately sealed from public viewing.[1]

Due to the nature of this case, which involves representation of individuals who previously maintained relationships with the defendant, documents drafted by counsel are first submitted for classification review (including this document, which was submitted on April 20, 2006). Some text that was to have been omitted still inadvertently remains in the document. Though the text by itself or even in the context it exists, in the plaintiffs' opinion, is not classified, because the defendant had originally requested it to be removed, plaintiffs have no objection to complying

---

[1] It is believed that the defendant would prefer not only the sealing of the Complaint but its actual destruction with no record of the document remaining within the court system to ensure a comparison between the original and revised Complaint cannot be made. The plaintiffs have no objection to this course of action. The text that will be removed has no substantive application to the case.

with the current request. A modified version will be submitted shortly to allow a publicly available copy of the Complaint.

    As this action was requested by defendant's counsel, consent was obviously granted.

Date:   April 23, 2006

                                              Respectfully submitted,

                                              /s/
                                      _____
                                      Mark S. Zaid, Esq.
                                      DC Bar #440532
                                      Krieger & Zaid, PLLC
                                      1920 N St., N.W.
                                      Suite 300
                                      Washington, D.C. 20036
                                      (202) 454-2809
                                      ZaidMS@aol.com

                                      Attorney for Plaintiff