UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, et al. | ) | |
| Plaintiffs, | ) | Civil Action No. 05-2483 (RMC) |
| v. | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiffs' Consented Motion to Seal Complaint, and the entire record herein, it is this _____ day of April 2006, hereby

ORDERED, that plaintiffs' Motion is granted.

_____
UNITED STATED DISTRICT JUDGE