**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                               )
DOE, et al.,                                   )
                                               )
                      Plaintiffs,              )
                                               )
          v.                                   )          Civil Action No. 1:05-CV-02483 (RMC)
                                               )
                                               )
CENTRAL INTELLIGENCE AGENCY,                   )
                                               )
Defendant.                                     )
_____)

**JOINT MOTION FOR COURT COPIES OF THE COMPLAINT TO BE GIVEN TO**
**DEFENDANT FOR DESTRUCTION**

        The parties jointly request that the Court's current copies of the Complaint be turned over

to Defendant for destruction.  This request is made in good faith and with good cause, as set

forth below:

1.        Plaintiffs filed their Complaint on December 19, 2005.  The Complaint contained

redactions based upon instructions provided to Plaintiffs by the Central Intelligence Agency

("CIA").[1]

2.        One of the redactions that the Plaintiffs were to include was inadvertently not made, and

that information remains in the Complaint, which was filed and posted to the electronic case

filing ("ECF") system.

---

        [1]        The docket also shows an "Amended Complaint" filed on the same day as the
original Complaint.  However, this "Amended Complaint" is, in fact, the same document as the
Complaint, and should therefore be treated no differently.

3.     On April 21, 2006, Plaintiffs filed an unopposed motion to seal the Complaint and to file a revised version of the Complaint containing all of the required redactions.  This motion was granted on April 25, 2006.  The Complaint has been sealed and removed from ECF.

4.     Because the Complaint contains information deemed to be classified by the CIA (which the plaintiffs are not conceding is, in fact, classified), the CIA believes that placing it under seal is insufficient protection.  Many individuals can access documents that are under seal, and not all of those individuals have the proper security clearances or need to know the classified information at issue.  Destruction of the claimed classified version of the Complaint is the preferred method of addressing the matter.[2]

5.     Once the Court has given its copies of the Complaint to Defendant for destruction, Plaintiffs will file the revised Complaint with the Court and on ECF.   The revision will have no substantive effect on the Complaint.  The Court should also delete any electronic copies of the Complaint that any Court employee may have saved to a computer.

Accordingly, the parties respectfully request that the Court turn all of its copies of the Complaint over to Defendant for destruction and delete any electronic copies currently residing on any Court employee's computer.


Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[2]     At minimum, if the Court does not agree that there is a need to destroy all of the outstanding copies of the Complaint, the copies in the Court's possession must be stored as any other classified material and access to the Complaint must be restricted to those with security clearances and a need to know.  See Executive Order 12958; 28 C.F.R. §§ 17.1 et seq.

KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia

VINCENT M. GARVEY
Deputy Branch Director


_____/s/_____
MARCIA N. TIERSKY, Ill. Bar 6270736
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W. Room 7206
Washington, D.C. 20530
(202) 514-1359
Fax (202) 318-0486
marcia.tiersky@usdoj.gov
Attorneys for Defendant


_____/s/_____
MARK S. ZAID, ESQ.
D.C. Bar # 440532
ROY W. KRIEGER, ESQ.
D.C. Bar # 375754
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809
Zaidms@aol.com
Attorneys for Plaintiffs

-3-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
DOE, et al.,                            )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )        Civil Action No. 1:05-CV-02483 (RMC)
                                        )
                                        )
CENTRAL INTELLIGENCE AGENCY,            )
                                        )
Defendant.                              )
_____ )

[PROPOSED] ORDER

Upon consideration of the JOINT MOTION FOR COURT COPIES OF THE

COMPLAINT AND AMENDED COMPLAINT TO BE GIVEN TO DEFENDANT FOR

DESTRUCTION, and for cause shown, it is hereby ORDERED that the Court will turn over to

Defendant all copies in the Court's possession of the Complaint for destruction and any

electronic copies of the Complaint shall be deleted from the computers of the Court's employees.

Plaintiffs will then file a revised version of the Complaint.


Dated:                                  _____
                                        ROSEMARY M. COLLYER
                                        UNITED STATES DISTRICT JUDGE