ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:05-cv-07939-LTS

Jane Doe et al v. Central Intellegence Agency et al
Assigned to: Judge Laura Taylor Swain
Cause: 05:702 Administrative Procedure Act

Date Filed: 09/12/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Jane Doe**

represented by **Mark S Zaid**
Krieger & Zaid
1920 N Street N.W.
Washington, DC 20036
202-223-9050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Roe**
*minor*

represented by **Mark S. Zaid**
Krieger & Zaid
1920 N Street, N.W.
Washington, DC 20036
(202) 223-9050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sue Doe**
*minor*

represented by **Mark S. Zaid**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Roe**
*minor*

represented by **Mark S. Zaid**
Krieger & Zaid
1920 N Street, N.W.
Washington, DC 20036
(202) 223-9050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Central Intellegence Agency**

represented by **Sarah Sheive Normand**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007
(212) 637-2200
Fax: (212) 637-2686
Email: sarah.normand@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hon. Porter Goss**

represented by **Sarah Sheive Normand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States of America**                    represented by **Sarah Sheive Normand**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2005 | 1 | COMPLAINT against Central Intellegence Agency, Porter Goss, United States of America. (Filing Fee $ 250.00, Receipt Number 555173)Document filed by Jane Doe, Jane Roe, Sue Doe, James Roe.(jbe, ) (Entered: 09/16/2005) |
| 09/12/2005 | | Case Designated ECF. (jbe, ) (Entered: 09/16/2005) |
| 09/12/2005 | | Magistrate Judge Frank Maas is so designated. (jbe, ) (Entered: 09/16/2005) |
| 09/12/2005 | | SUMMONS ISSUED as to Central Intellegence Agency, Porter Goss, United States of America. (jbe, ) (Entered: 09/16/2005) |
| 09/21/2005 | 2 | Initial Conference Order: It is hereby ordered that a pre-trial conference shall be held on 1/06/2006 at 11:00 a.m. in Courtroom No. 1305, 40 Foley Square, New York, New York 10007. (Signed by Judge Laura Taylor Swain on 9/21/2005) (lb, ) (Entered: 09/22/2005) |
| 09/28/2005 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Mark S Zaid for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document [1] Complaint to: case_openings@nysd.uscourts.gov. (lb, ) (Entered: 09/28/2005) |
| 01/06/2006 | 3 | ENDORSED LETTER addressed to Judge Laura T. Swain from Michael J. Garcia dated 1/5/06 re: Request an extension of the government's time to answer or otherwise respond to the complaint from 1/6/06 until 2/14/06.., Central Intelligence Agency answer due 2/14/2006; United States of America answer due 2/14/2006. ENDORSEMENT: The request is GRANTED. (Signed by Judge Laura Taylor Swain on 1/6/06) (js, ) (Entered: 01/09/2006) |
| 01/06/2006 | | Minute Entry for proceedings held before Judge Laura Taylor Swain : Interim Pretrial Conference held on 1/6/2006. adj. to 2/24/06 @11:00 a.m. (pl, ) (Entered: 01/09/2006) |
| 02/16/2006 | 4 | ENDORSED LETTER: addressed to Judge Laura T. Swain from Sarah S. Normand dated 2/10/2006 re: requesting a 30 day extension of the gov'ts time to answer or otherwise respond to the complaint from 2/14/2006 until 3/16/2006 and an adjournment of the conference presently scheduled for 2/24/2006. ENDORSEMENT: The requested extension is granted. The conference is adjourned to 3/28/2006 at 3:00 p.m. So Ordered. (Signed by Judge Laura Taylor Swain on 2/14/2006) (lb, ) (Entered: 02/16/2006) |
| 02/16/2006 | 5 | ENDORSED LETTER addressed to Judge Swain from Mark Zaid dated 2/16/06: the conference remains adjurned pending defts' response to the complaint. The parties are encouraged to keep open their lines of communication in an effort to resolve consensually any procedural or logistical issues. (Signed by Judge Laura Taylor Swain on 2/16/06) (cd, ) (Entered: 02/21/2006) |
| 03/16/2006 | 6 | ENDORSED LETTER addressed to Judge Swain from Sarah Normand dated 3/15/06: granting a three business day extension of the Govt's response deadline to 3/21/06. (Signed by Judge Laura Taylor Swain on 3/15/06) (cd, ) (Entered: 03/16/2006) |
| 03/16/2006 | 7 | ENDORSED LETTER addressed to Judge Swain from Mark Zaid dated 3/15/06: the 3/28 conference is adjourned to 4/17/06 at 2:30 pm. (Signed by Judge Laura Taylor Swain on 3/16/06) (cd, ) (Entered: 03/16/2006) |
| 03/22/2006 | 8 | ENDORSED LETTER addressed to Judge Laura T. Swain from Sarah Normand dated 3/21/06 re: counsel for dfts requests an extension ot time until 3/29/06. (Signed by Judge Laura Taylor Swain on 3/21/06) (dle, ) (Entered: 03/22/2006) |
| 03/29/2006 | 9 | FIRST MOTION to Dismiss. Document filed by Central Intelligence Agency, Porter Goss, United States of America. (Normand, Sarah) (Entered: 03/29/2006) |
| 03/29/2006 | 10 | DECLARATION of Sarah S. Normand in Support re: 9 FIRST MOTION to Dismiss.. Document filed by Central Intelligence Agency, Porter Goss, United States of America. (Attachments: # 1 # 2)(Normand, Sarah) (Entered: 03/29/2006) |
| 03/29/2006 | 11 | FIRST MEMORANDUM OF LAW in Support re: 9 FIRST MOTION to Dismiss.. Document filed by Central Intelligence Agency, Porter Goss, United States of America. (Normand, Sarah) (Entered: 03/29/2006) |

Case 1:05-cv-02483-RMC    Document 10-3    Filed 04/27/2006    Page 3 of 3

| 04/03/2006 | 12 | CERTIFICATE OF SERVICE of Memo-endorsed Order served on Mark S. Zaid on February 15, 2006. Document filed by United States of America. (Normand, Sarah) (Entered: 04/03/2006) |
|---|---|---|
| 04/03/2006 | 13 | CERTIFICATE OF SERVICE of Memo-endorsed Order served on Mark S. Zaid on March 17, 2006. Document filed by United States of America. (Normand, Sarah) (Entered: 04/03/2006) |
| 04/03/2006 | 14 | CERTIFICATE OF SERVICE of Memo-endorsed Order served on Mark S. Zaid, Esq. on March 22, 2006. Document filed by United States of America. (Normand, Sarah) (Entered: 04/03/2006) |
| 04/03/2006 | 15 | CERTIFICATE OF SERVICE of Memo-endorsed Order dated January 6, 2006 served on Mark S. Zaid, Esq. on March 31, 2006. Document filed by United States of America. (Normand, Sarah) (Entered: 04/03/2006) |
| 04/17/2006 | | Minute Entry for proceedings held before Judge Laura Taylor Swain : Interim Pretrial Conference held on 4/17/2006. plaintiff to serve papers on Agency by 5/19/06 - Govt to reply 2 weeks after Agency clearance of pltf's opposition. (pl, ) (Entered: 04/19/2006) |

### PACER Service Center

#### Transaction Receipt

04/20/2006 14:12:41

| PACER Login: | dj0009 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:05-cv-07939-LTS |
| Billable Pages: | 2 | Cost: | 0.16 |

04/20/2006 2:22 PM