# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE et al.,  *<br>*<br>Plaintiffs,  *<br>*<br>v.  *<br>*<br>CENTRAL INTELLIGENCE AGENCY  *<br>Washington, D.C. 20505  *<br>*<br>Defendant.  * | Civil Action No. 05-2483 (RMC) |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' NUNC PRO TUNC MOTION FOR EXTENSION OF TIME

NOW COME the plaintiffs, by and through their undersigned counsel, to respectfully move the Court for an extension of time to on or before Friday, June, 9, 2006, in which to submit their response to the defendants' Motion to Transfer or, in the Alternative, to Dismiss, for a Clarification or in the Alternative for Reconsideration. This submission was presently scheduled to be filed on or before May 10, 2006.[1]

This case, as noted by the defendant in its Memorandum in Support of its Motion to Transfer Or, in the Alternative, to Dismiss (filed April 27, 2006), is related, although not with respect to the primary claims and objectives of this case, to a pending lawsuit in New York entitled Jane Doe et al. v. CIA et al., No. 05 CV 7939 (S.D.N.Y.)(LTS). Ongoing events in that case, which have yet to be resolved, may significantly impact at least one of the claims at issue here. Therefore, it seems most prudent, particularly to conserve the resources of the parties and the Court, to slightly delay the plaintiffs' filing of a response to the CIA's Motion.

Plaintiffs' counsel discussed this request with defendants' counsel and received consent. The granting of this motion shall not result in the continuance of any hearing,

---

[1] Part of the reason for the delay in the filing of this Motion was the need to have it reviewed for classification purposes by the CIA. The other reason was the unfortunate oversight of counsel, for which he apologizes.

conference or trial. A proposed Order accompanies this Motion.

Date: May 11, 2006

                                                    Respectfully submitted,

                                                    /s/
                                          _____
                                          Mark S. Zaid, Esq.
                                          DC Bar #440532
                                          Krieger & Zaid, PLLC
                                          1920 N St., N.W.
                                          Suite 300
                                          Washington, D.C. 20006
                                          (202) 454-2809