**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN DOE <u>et al.</u> | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 05-2483 (RMC) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| Washington, D.C. 20505 | * | |
| | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |

**ORDER**

Upon consideration of plaintiffs' Nunc Pro Tunc Motion for Extension, and it

appearing that the relief prayed is just and appropriate, it is this _____ day of May 2006,


ORDERED, that plaintiffs' Motion is granted; and

FURTHER ORDERED, that the plaintiffs have up to or before June 9, 2006, to

submit their responsive document.


_____
UNITED STATED DISTRICT JUDGE