UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE <u>et al.</u> | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 05-2483 (RMC) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| Washington, D.C. 20505 | * | |
| | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF SUBMISSION OF RESPONSIVE
DOCUMENT FOR CLASSIFICATION REVIEW BY DEFENDANT**

NOW COME the plaintiffs, by and through their undersigned counsel, to respectfully notify this Court that yesterday final copies of the plaintiffs' Opposition to the Defendant's Motion for Transfer Or, Alternatively, to Dismiss was submitted to the defendant Central Intelligence Agency ("CIA") for classification review. As soon as the CIA authorizes the filing as is, or provides the undersigned with a redacted version, the response will be formally filed via ECF.

This brief is technically due Friday, June 9, 2006. The undersigned, in submitting his last Motion for Extension, inadvertently failed to explicitly explain to this Court how the classification review process for legal documents typically works. What should have been stated/requested is that the "deadline" referred to the submission of the final brief to the CIA for classification review, rather than the actual formal filing date.[1] Presumably the CIA will respond with its approval within a reasonable time, i.e., not more than several days.

If this Court desires for the undersigned to submit a formal Motion for Extension to take the actual filing date past June 9, 2006, that can certainly be accomplished.

Date: June 9, 2006

---

[1] In fact, this document too has undergone a classification review.

        Respectfully submitted,

           /s/
        _____
        Mark S. Zaid, Esq.
        DC Bar #440532
        Krieger & Zaid, PLLC
        1920 N St., N.W.
        Suite 300
        Washington, D.C. 20006
        (202) 454-2809