# EXHIBIT "1"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN DOE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-2483 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MARK S. ZAID, ESQ.**

The undersigned hereby declares as follows:

1. I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the plaintiffs' Opposition to Defendant's Motion to Transfer Or, In the Alternative, to Dismiss.

2. I am an attorney for the plaintiffs in this matter and I am the managing partner in the Washington, D.C. law firm of Krieger & Zaid, PLLC. I am admitted to practice law in the States of New York, Connecticut and the District of Columbia, as well as the D.C. Circuit, Second Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New York, Northern District of New York and the Southern District of New York. I have been litigating cases involving the federal government, particularly with respect to access to information, for nearly a decade; essentially my entire professional legal career. I routinely prosecute lawsuits asserting challenges under the Freedom of Information Act, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, and actively represent individuals associated with or within the intelligence, law enforcement or military communities. Since 1998, I have also served as the Executive Director of The James Madison Project

(*www.jamesmadisonproject.org*), which seeks to educate the public on secrecy and national security issues. Through The James Madison Project, I co-edited the book "Litigation Under the Federal Open Government Laws 2002".

3. Krieger & Zaid, PLLC, was incorporated under the laws of the District of Columbia on October 30, 2002. Its' physical and legal residence is the District of Columbia, and it currently maintains an office at 1920 N Street, N.W., Suite 300, Washington, D.C. 20036.

4. Moreover, the CIA has a strong presence here in this District. It is not only represented by its Director, who maintains an office here in D.C., but it also has numerous offices here that the plaintiffs will not identify at this time. The CIA and its employees in this District perform a significant amount of work.

5. I am the primary attorney of record in this case, as well as in the lawsuit in the U.S. District Court for the Southern District of New York that involves plaintiff Jane Doe. Jane Doe et al. v. CIA et al., No. 05 Civ. 7939 (S.D.N.Y.)(LTS). Prior to the defendant Central Intelligence Agency ("CIA") having filed this Motion its counsel in the SDNY lawsuit first requested that I consent to the transfer of that case to this District. I rejected that request.

6. This case has significant factual and legal ties to this District. Without waiving attorney-client or work-product privilege, the document ("SDNY Complaint") that is having its classification status challenged was drafted in this District (as well as the Complaint in this case). The information that comprises the SDNY Complaint was conveyed between the parties at meetings within this district. The CIA sent its representative into this District to pick-up a copy of the SDNY Complaint to bring it back to a CIA office for review.

7. Additionally, my law firm frequently litigates claims against the CIA in this District and often face the prospect of having to submit their court filings for classification review. It is crucial to have the process by which one can appeal CIA

classification decisions for legal documents that were submitted pursuant to a secrecy agreement undergo judicial evaluation. The primary issues in this case are relevant to numerous cases we are handling here in the District of Columbia, including cases in litigation. Resolution of these issues affects this District more than any other given that this is where we work and primarily, if not almost exclusively, file our cases.

 I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date: June 8, 2006

             /s/
           _____
           Mark S. Zaid, Esq.
           Attorney for Plaintiffs