# EXHIBIT "2"

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that all applicable provisions of the District of Columbia Limited Liability Company Act have been complied with and accordingly, this **CERTIFICATE OF ORGANIZATION** is hereby issued to:

**KRIEGER & ZAID PLLC**

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the seal of this office to be affixed as of the 30th day of October, 2002.

David Clark
DIRECTOR

Elizabeth O. Kim
Administrator
Business Regulation Administration

*Maxine M. Hinson*

Maxine M. Hinson
Act. Assistant Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor