UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-02483 (RMC) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Central Intelligence Agency hereby moves for an enlargement of time until July 10, 2006, in which to file a reply in support of Defendant's Motion to Transfer or, in the Alternative, to Dismiss. This request is made in good faith and with good cause, as set forth below:

1. Defendant filed its motion to transfer or dismiss this case on April 27, 2006.

2. The Court granted Plaintiffs' unopposed motion for an extension of time to file their response to Defendant's motion, making their brief due on June 9, 2006. Plaintiffs actually filed their response on June 13, 2006.[1]

3. Defendant's reply brief is presently due on June 23, 2006. Undersigned counsel is currently engaged in briefing and discovery in a number of other cases and, therefore, requests

---

[1] On June 9, 2006, Plaintiffs filed with the Court a notice that they had submitted their brief to the CIA for classification review. However, as Plaintiffs' counsel is well aware, it is Plaintiffs' responsibility to submit briefs for review to the CIA sufficiently prior to their due date that the agency can review the documents and alert Plaintiffs as to any redactions necessary in time.

additional time to prepare and file the reply brief in this case.

4.      Pursuant to Local Rule 7(m), undersigned counsel has consulted with Plaintiffs' counsel, and Plaintiffs have consented to the request for an enlargement of time.

Accordingly, Defendant respectfully requests that its motion for an enlargement of time until July 10, 2006, be granted.

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        U.S. Attorney for the District of Columbia

                                        VINCENT M. GARVEY
                                        Deputy Branch Director


                                            /s/
                                        _____
                                        MARCIA N. TIERSKY, Ill. Bar 6270736
                                        Trial Attorney
                                        Federal Programs Branch
                                        U.S. Department of Justice
                                        20 Massachusetts Ave., N.W. Room 7206
                                        Washington, D.C. 20530
                                        (202) 514-1359
                                        Fax (202) 318-0486
                                        marcia.tiersky@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-02483 (RMC) |
| ) | |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

[PROPOSED] ORDER

Upon consideration of DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, and for cause shown, it is hereby ORDERED that Defendant's time to file its reply brief is hereby enlarged to and including July 10, 2006.

Dated: _____          _____
                                        ROSEMARY M. COLLYER
                                        UNITED STATES DISTRICT JUDGE