UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05-CV-02483 (RMC) |

### DECLARATION OF SARAH S. NORMAND

SARAH S. NORMAND, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York. I have been assigned to represent the defendants (the "Government") in Doe v. CIA, 05 Civ. 7939 (LTS) ("Doe I"), pending in the Southern District of New York.

2. I make this declaration based upon my personal knowledge.

3. Counsel representing the plaintiffs in Doe I, Mark Zaid, Esq., also represents the plaintiffs in the above-captioned action (Doe II"), and is himself a plaintiff in Doe II. I have read Mr. Zaid's Declaration dated June 8, 2006, submitted in opposition to defendant's motion to transfer Doe II to the Southern District of New York. In paragraph 5 of his Declaration, Mr. Zaid states, "Prior to the defendant Central Intelligence Agency ("CIA") having filed this Motion its counsel in the SDNY lawsuit first requested that I consent to the transfer of that case to this District. I rejected that request." These statements are not accurate.

4. In January 2006, I stated to Mr. Zaid that, although the Government had not yet determined its position as to venue, Doe I and Doe II were obviously related and thus should be heard together. Following that conversation, on January 19, 2006, Mr. Zaid sent me an electronic mail message in which he proposed to transfer Doe I to the U.S. District Court for the District of Columbia, provided that the Government would waive any further venue objections. A true and correct copy of Mr. Zaid's January 19, 2006 electronic mail message is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         July 7, 2006

                                   _____
                                   SARAH S. NORMAND
                                   Assistant United States Attorney

# EXHIBIT A

**Normand, Sarah (USANYS)**

| | |
|---|---|
| From: | ZaidMS@aol.com |
| Sent: | Thursday, January 19, 2006 1:40 AM |
| To: | Normand, Sarah |
| Cc: | ZaidMS@aol.com; kriegerr@att.net |
| Subject: | Doe v. CIA |

Attachments:    tmp.htm



tmp.htm (3 KB)

Sarah -

Based on my further review of the circumstances, activities and residences surrounding and regarding my clients, I am of the opinion that venue/jurisdiction is proper in the SDNY. The address listed in the other Complaint was accurate but turns out to be not the only residence that existed. Other factors also support my opinion.

FYI, I have mailed the Summons & Complaints in the two DC cases and the local US Attny's Office should have them in hand within a few days.

Finally, this is to inform you that we would consent to a transfer of this SDNY case to DC either as a stand alone or possibly for purposes of consolidation with one or both of the other cases. However our consent is premised on the requirement that the Govt agrees to waive/forgo any further transfer/venue challenges, i.e., the cases will stay to be litigated and decided in DC.

Let me know if the Govt is interested in that proposal. I should be in the office in the afternoon, though our Internet connection has been down and the provider is taking forever to correct the problem. You can always try me on my cell at 202-498-0011.

I look forward to hearing from you.

Mark

---

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Krieger & Zaid, PLLC
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 454-2809 direct
(202) 223-9050 main
(202) 293-4827 fax