UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN DOE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2483 (RMC)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs John and Jane Doe and Defendant the Central Intelligence Agency ("CIA") jointly filed [Dkt. #9] a Motion for Court Copies of the Complaint to Be Given to Defendant for Destruction. Plaintiffs filed their Complaint on December 19, 2005 and an identical Amended Complaint on the same day. The Complaint and Amended Complaint had been redacted based upon instructions provided by the CIA. However, Plaintiffs neglected to make one of the redactions. Plaintiffs filed an unopposed motion to seal the Complaint and to file a revised redacted version of the complaint. This motion was granted on April 25, 2006. However, Plaintiffs never filed a revised redacted complaint. Even though the Complaint and Amended Complaint have been sealed, the CIA states that they contain classified information[1] and that they should be returned to the CIA for destruction.

Accordingly, it is hereby **ORDERED** that the parties' joint Motion for Court Copies

---

[1] While the Plaintiffs join in the motion to return the Complaint and Amended Complaint for destruction, they do not concede that the information in those documents is in fact classified. Joint Mot. for Court Copies of the Complaint to Be Given to Defendant for Destruction at 2.

of the Complaint to Be Given to Defendant for Destruction [Dkt. #9] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall promptly retrieve the original copies of the Complaint [Dkt. #3] and Amended Complaint [Dkt. #5] from the Clerk; and it is

**FURTHER ORDERED** that the Clerk shall promptly delete all electronic copies of the Complaint [Dkt. #3] and Amended Complaint [Dkt. #5]; and it is

**FURTHER ORDERED** that Plaintiff shall file a Second Amended Complaint that is fully redacted no later than October 19, 2006.

**SO ORDERED.**


Date: October 12, 2006                         _____/s/_____
                                               ROSEMARY M. COLLYER
                                               United States District Judge